IN THE MATTER OF EDWARD T. MILLER, AN ATTORNEY AND COUNSELLOR AT LAW.

Argued June 9, 1952—Decided June 9, 1952.

*Mr. Frederick C. Vonhof,* for the order.

*Mr. John A. Laird,* for the respondent.

PER CURIAM. The name of the respondent will be ordered stricken from the rolls of attorneys and counsellors at law for the conduct set forth in the opinion of this court in *State of New Jersey v. Goodman,* 9 *N. J.* 569.

*For disbarment*—Chief Justice VANDERBILT, and Justices OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN —6.

*Opposed*—None.